**No. 10-10011. Kevin Grant, Petitioner v. United States.**

565 U.S. 1076, 132 S. Ct. 809, 181 L. Ed. 2d 520, 2011 U.S. LEXIS 8418.

November 28, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 931, 132 S. Ct. 371, 181 L. Ed. 2d 236, 2011 U.S. LEXIS 7023.

**No. 11-5232. Eddie Milton Garey, Jr., Petitioner v. United States.**

565 U.S. 1076, 132 S. Ct. 809, 181 L. Ed. 2d 520, 2011 U.S. LEXIS 8327.

November 28, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 935, 132 S. Ct. 385, 181 L. Ed. 2d 242, 2011 U.S. LEXIS 6511.

**No. D-2604. In the Matter of Discipline of James George Charles.**

565 U.S. 1052, 132 S. Ct. 809, 181 L. Ed. 2d 520, 2011 U.S. LEXIS 8462.

November 28, 2011. James George Charles, of Rockville, Maryland, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2605. In the Matter of Discipline of Ralph Thomas Mabry, Jr.**

565 U.S. 1052, 132 S. Ct. 809, 181 L. Ed. 2d 520, 2011 U.S. LEXIS 8427.

November 28, 2011. Ralph Thomas Mabry, Jr., of Silver Spring, Maryland, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2606. In the Matter of Discipline of Timothy John Lucas.**

565 U.S. 1052, 132 S. Ct. 809, 181 L. Ed. 2d 520, 2011 U.S. LEXIS 8464.

November 28, 2011. Timothy John Lucas, of Erie, Pennsylvania, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2607. In the Matter of Discipline of Theodore Q. Thompson.**

565 U.S. 1052, 132 S. Ct. 809, 181 L. Ed. 2d 520, 2011 U.S. LEXIS 8367.

November 28, 2011. Theodore Q. Thompson, of Blue Bell, Pennsylvania, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.